# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DEMARCUS RAYFIELD,**
**ADC #154067**                                                                              **PLAINTIFF**

**v.**                       **Case No. 4:13CV00401 KGB**

**STEPHANIE BLACK, et al.**                                                            **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order entered in this case on October 2nd, 2013, it is considered, ordered, and adjudged that plaintiff's pending claims are dismissed without prejudice.

SO ADJUDGED this 4th day of October, 2013.

_____
Kristine G. Baker
United States District Judge